UNITED STATES BANKRUPTCY COURT
PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING, DATE: 02/26/21

IN RE    Dozier, Brandy Renee                                  CASE NO. 21-10091
                                                                SECTION: "A"

**APPEARANCES:**
( X )    DEBTOR (1) ( )PICTURE ID PROVIDED ( )SSN VERIFICATION ( )PAY ADVICES RECEIVED
(   )    DEBTOR (2) ( )PICTURE ID PROVIDED ( )SSN VERIFICATION ( )PAY ADVICES RECEIVED
Abuse/No Abuse designation is ( ) accurate ( ) inaccurate because _____

(   )    DEBTOR(S)' REPRESENTATIVE
( X )    ATTORNEY FOR DEBTOR(S)    Michele C. Stross

*Name of Prepared Substitute - Had file and was familiar with the case.*

*Name of Walk-Up Attorney - Did not have file and was not familiar with the case.*

Credit Counseling certificate ( ) filed ( ) not filed
Tax returns received for _____ (years) on _____
Financial documents were ( ) retained by trustee ( ) returned to the debtor(s)
Was the Debtor advised that his/her attorney would not be present at the 341 Meeting? Yes ( ) No ( )
If Pro Se, did anyone assist with the preparation: Yes( ) No( ). If yes, give name: _____
Has attorney for debtor(s) filed a statement of compensation in accordance with 11 U.S.C. §329? Yes ( X ) No ( )
Debtor(s)' change of address (if any): _____

(   )    CREDITOR(S):                                  REPRESENTED BY:

**THE MEETING OF CREDITORS WAS:**
(   )    HELD
(   )    NOT HELD because: _____
( X )    CONTINUED until the 12th day of March, 2021 at 1:00 p.m.

**DEBTOR(S) REQUIRED TO:**
(   )    AMEND SCHEDULES AND STATEMENTS within _____ days of 341(a) meeting.
(   )    OTHER: _____

**SCHEDULES/INVENTORY:**
( X )    Debtor(s)' schedules are adopted in lieu of formal written inventory.
(   )    Written Inventory has or will be filed in the record in this case.
**In accordance with FRBP Rule 6007 and applicable Local Rules the Trustee intends to abandon any interest in**
*(#=Notice of Intent to Disclaim subject property is given subject to investigation of value, equity, and/or marketability)*:

Real Estate: _____                            Real Estate: _____

Vehicle(s): _____                             Vehicle(s): _____

Mobile Home: _____                            Mobile Home: _____
Boat: _____                                   Lawsuit(s): _____
Household Goods, Appliances and Furniture [c and d]    Wearing Apparel [c and d]
Other Property:    Life Insurance (d)

Additional Notes: _____
**Trustee anticipates withholding the NDR to pursue assets or other administrative matters:** ( ) YES ( ) NO
TRACK     4                                            /s/ Barbara Rivera-Fulton
                                                        Barbara Rivera-Fulton
                                                        P.O. Box 19980
                                                        New Orleans, LA 70179
                                                        Phone: (504) 402-1220

[a] Encumbered [b] Encumbered beyond value [c] Insufficient value to justify administration [d] Exempt in whole or part